## Ex parte J. C. BRALEY.

No. A.-8896. May 7, 1935.
(45 Pac. [2d] 167.)

J. C. Braley, pro se.

Mac Q. Williamson, Atty. Gen., and Owen J. Watts, Asst. Atty. Gen., for the State.

PER CURIAM. Upon an examination of the petition, record, and response in the above-styled cause, the court finds that no question is presented that can be raised by habeas corpus, and the writ is denied.